

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

D-1 Carlos Smith,

    Defendant.

Case:2:18-cr-20456
Judge: Borman, Paul D.
MJ: Patti, Anthony P.
Filed: 06-26-2018 At 04:53 PM
SEALED MATTER (dat)

---

## GOVERNMENT'S MOTION AND SUPPORTING BRIEF TO SEAL INDICTMENT AND ARREST WARRANT

---

The United States of America hereby moves for an order sealing the indictment and arrest warrant in this case and states:

1. The indictment in this case charges the defendant with one or more federal crimes.

2. Rule 6(e)(4) of the Federal Rules of Criminal Procedure provides:

   *(4) Sealed Indictment.* The magistrate judge to whom an indictment is returned may direct that the indictment be kept secret until the defendant is in custody or has been released pending trial. The clerk must then seal the indictment, and no person may disclose the indictment's existence except as necessary to issue or execute a warrant or summons.

Fed.R.Crim.P. 6(e)(4).

3. The government requests that the indictment and arrest warrant be sealed because it is concerned that the defendant may attempt to flee, destroy

evidence, or intimidate witnesses if the indictment and arrest warrant become a matter of public record before the defendant is arrested.

WHEREFORE, the government requests this Court to issue an order sealing the Indictment and arrest warrant.

Respectfully submitted,

Matthew Schneider
United States Attorney

_____
STEVEN SCOTT
Trial Attorney
Criminal Division, Fraud Section
U.S. Department of Justice
211 West Fort Street
Detroit, MI 48226-3220
Steven.Scott@usdoj.gov
Cell:  (202) 262-6763
Office:  (313) 226-9619

Dated:  June 26, 2018

IT IS SO ORDERED.

_____
David R. Grand
United States Magistrate Judge

Entered:  6/26/18