UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

                                Criminal No. 18-20456

                                Honorable Paul D. Borman

D-1 CARLOS SMITH

    Defendant.

---

**GOVERNMENT'S MOTION AND ORDER
TO UNSEAL INDICTMENT AND ARREST WARRANT**

---

    The United States of America hereby moves for an order unsealing the Indictment and Arrest Warrant in this case, and states:

1. The Indictment in this case charges the defendant with one or more federal crimes.

2. Rule 6(e)(4) of the Federal Rules of Criminal Procedure, which authorizes this Court to seal indictments, implicitly authorizes this Court to unseal indictments.

3. The government requests that the Indictment and Arrest Warrant be unsealed because the defendant has agreed to self-surrender and is entitled to receive a copy of the Indictment.

WHEREFORE, the government requests this Court to issue an order unsealing the Indictment and Arrest Warrant.

Respectfully submitted,

Matthew Schneider
United States Attorney

*s/Steven Scott*
STEVEN SCOTT
Trial Attorney
Criminal Division, Fraud Section
U.S. Department of Justice
211 West Fort Street
Detroit, MI 48226-3220
Steven.Scott@usdoj.gov
Cell:  (202) 262-6763
Office:  (313) 226-9619

Dated: June 27, 2018

**IT IS SO ORDERED.**

s/David R. Grand
David R. Grand
United States Magistrate Judge

Entered:  June 27, 2018